Roger F. Friedman (State Bar No. 186070)
RUTAN & TUCKER, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, California 92626
(714) 641-5100

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ENTERPRISE BANK & TRUST

Plaintiff(s)

v.

RICHARD L. WINDERS

Defendant(s)

CASE NUMBER:
3:14-mc-80223-EMC
[United States District Court, for the District of Kansas; Case No. 2:13-cv-02549-RDR-KGS]

**WRIT OF EXECUTION**

TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On _____July 30, 2014_____ a judgment was entered in the above-entitled action in favor of:

ENTERPRISE BANK & TRUST

as Judgment Creditor and against:

RICHARD L. WINDERS

as Judgment Debtor, for:

| $ | 2,029,431.13 | Principal, |
| $ | 0.00 | Attorney Fees, |
| $ | 17,782.38 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | 2,047,213.51 | **JUDGMENT AS ENTERED** |

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

CV-23 (6/01)

WRIT OF EXECUTION

PAGE 1 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____ **District of** Kansas, to wit:

(Post-Judgment Interest at $448.70 per day from 6/9/14 through 8/15/14)

$ __36,344.70__ accrued interest, and

$ __0.00__ accrued costs, making a total of

$ __36,344.70__ ACCRUED COSTS AND ACCRUED INTEREST

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __2,083,558.21__ ACTUALLY DUE on the date of the issuance of this writ of which

$ __2,083,558.21__ Is due on the judgment as entered and bears interest at __8%__ percent per annum, in the amount of $ __448.70__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

*Richard W. Wieking*

Dated: September 4, 2014        By: _____ D. Merry

Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Richard L. Winders
5886 Northway Road
Pleasanton, California  94566

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                              PAGE 3 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com